### WARD *v.* THE STATE.

From the Porter Circuit Court.

*T. J. Merrifield, W. Johnston,* and *H. Binnaman,* for appellant.

*J. C. Denny,* Attorney General, for the State.

DOWNEY, J.—The indictment in this case, on which the appellant was convicted, is insufficient under the ruling of this court in *McLaughlin* v. *The State,* 45 Ind. 338.

The judgment is reversed, and the cause remanded, with instructions to quash the indictment.